R. CHARLES D. LEGG, APPELLANT, v. COUNTY OF PASSAIC, RESPONDENT.

Submitted May 26, 1939—Decided September 22, 1939.

For the appellant, *Peter Cohn.*

For the respondent, *Harry L. Schoen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.